Bruce Egert (0573)
LAW OFFICES OF BRUCE EGERT
9 Kansas Street
Hackensack, New Jersey 07601
Tel: (201) 488-2620

Stephen J. Arena (to be admitted *pro hac vice*)
TRACHTENBERG & ARENA, LLP
420 Lexington Avenue, Ste 2818
New York, New York 10170
Tel: (212) 972-1375

*Attorneys for Defendants DARTMILANO SRL,*
*Pier Giulio Lanza and Riccardo Manfrin*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AUGUST URIBE FINE ART, LLC,** *Plaintiff,* - against - **DARTMILANO SRL, PIER GIULIO LANZA, RICCARDO MANFRIN, MARIA STELLINA MARESCALCHI, FRACASSI WORLDWIDE SHIPPING SRL, OBLYON GROUP, LLC, and ART LENDING, INC,** *Defendants,* - and - **A CERTAIN ARTWORK,** *Defendant-in-rem* | CIVIL NO. 2:22-cv-03104-KM-JBC |

**NOTICE OF MOTION BY DEFENDANTS DARTMILANO SRL, PIER GIULIO LANZA AND RICCARDO MANFRIN TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(2) AND 12(B)(6)**

PLEASE TAKE NOTICE that, upon the accompanying <u>Memorandum of Law In Support Of Motion To Dismiss By Defendants DARTMILANO SRL, Pier Giulio Lanza and Riccardo Manfrin</u> filed July 19, 2022, the undersigned will move this Court, before the Honorable Kevin McNulty, Jr., at the United States District Court for the District of New Jersey, located at 50 Walnut Street #4015, Newark, New Jersey, on a date and time to be set by the Court, to dismiss the Complaint as against defendants DARTMILANO SRL, Pier Giulio Lanza and Riccardo Manfrin for lack of personal jurisdiction and failure to state a claim pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).

Dated: July 19, 2022

By: /s/ Bruce Egert

Bruce Egert (0573)
LAW OFFICES OF BRUCE EGERT
9 Kansas Street
Hackensack, New Jersey 07601
Tel: (201) 488-2620

Stephen J. Arena (to be admitted *pro hac vice*)
TRACHTENBERG & ARENA, LLP
420 Lexington Avenue, Ste 2818
New York, New York 10170
Tel: (212) 972-1375