UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AUGUST URIBE FINE ART, LLC,** | CIVIL NO. 2:22-cv-03104-KM-JBC |
| *Plaintiff,* | *Document electronically filed* |
| - against - | |
| **DARTMILANO SRL, PIER GIULIO LANZA, RICCARDO MANFRIN, MARIA STELLINA MARESCALCHI, FRACASSI WORLDWIDE SHIPPING SRL, OBLYON GROUP, LLC, and ART LENDING, INC,** | **DECLARATION OF PIER GIULIO LANZA PURSUANT TO 28 U.S.C. § 1746** |
| *Defendants,* | |
| - and - | |
| **A CERTAIN ARTWORK,** | |
| *Defendant-in-rem.* | |

Pier Giulio Lanza hereby declares pursuant to 28 U.S.C. §1746:

1. I am a named defendant in the above-captioned action and the founder and director of defendant DARTMILANO SRL ("DART"). I respectfully submit this declaration, made upon my personal knowledge of all facts set forth herein unless expressly indicated otherwise, in support of defendants DART's, Pier Giulio Lanza's, and Riccardo Manfrin's motion to dismiss.

2. Annexed hereto as Exhibit A is a true and correct copy of the agreement between DART and August Uribe, Uribe Fine Art, LLC("UFA") dated August 19, 2021 with certain redactions (the "UFA-DART Contract").

3. Annexed hereto as Exhibit B is a true and correct copy of the purported amendment to the UFA-DART Contract between DART, Pier Giulio Lanza and Riccardo Manfrin and UFA dated March 10, 2022 with certain redactions.

I, Pier Giulio Lanza declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 18, 2022
Milan, Italy

_____
Pier Giulio Lanza