Louis H. Miron
*Attorney at Law*
123 North Union Avenue
Suite 103
Cranford, New Jersey 07016
(908) 233-9555
LM-9910

John R. Cahill (*pro hac vice*)
ARTXLAW PLLC
8 North Front Street
Kingston, New York 12401
(212) 719-4400

*Attorneys for Plaintiff August Uribe Fine Art, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **AUGUST URIBE FINE ART, LLC,** | CIVIL NO. 2:22-cv-03104-KM-JBC |
| *Plaintiff,* | |
| - against - | |
| **DARTMILANO SRL, PIER GIULIO LANZA, RICCARDO MANFRIN, MARIA STELLINA MARESCALCHI, FRACASSI WORLDWIDE SHIPPING SRL, OBLYON GROUP, LLC, and ART LENDING, INC,** | |
| *Defendants,* | |
| - and - | |
| **A CERTAIN ARTWORK,** | |
| *Defendant-in-rem.* | |

1

## PLAINTIFF'S NOTICE OF MOTION FOR
## ENTRY OF DEFAULT JUDGMENT AGAINST CERTAIN DEFENDANTS

Plaintiff, August Uribe Fine Art, LLC ("Plaintiff") moves the Court under Fed. R. Civ. P. 55(b)(2) to enter default judgment in its favor and against defendants DARTMILANO SRL ("DART"), Pier Giulio Lanza ("Lanza"), and Riccardo Manfrin ("Manfrin") (collectively, the "DART Defendants").

The grounds for this motion are that the DART Defendants failed to answer or otherwise defend this action after the. The Clerk of the Court accordingly has, on October 13, 2023, been requested to enter the DART Defendant's. Because the well-pleaded facts establish the DART Defendant's liability, default judgment should now be entered against them under Fed. R. Civ. P. 55(b)(2).

In support of this motion, Plaintiff respectfully submits (1) the moving affirmation of Plaintiff's counsel, John R. Cahill, (2) a Memorandum of Law, and (3) a proposed Order.

WHEREFORE, Plaintiff August Uribe Fine Art, LLC respectfully requests that the Court grant this Motion and enter default judgment against the DART Defendants.

Dated: 2023-October-13

/s/ Louis H. Miron
Louis H. Miron
123 North Union Avenue, Suite 103
Cranford, New Jersey 07016
(908) 233-9555
LM-9910

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered to receive notice. In addition, I have caused a true and correct copy of the foregoing to Roberto Pacino, Esq., who is authorized by the DART Defendants to accept notices for the DART Defendants by email at avvocatopacini@gmail.com as noted in the agreement he and the DART Defendants signed (**DE 8-4** at page 3).

*/s/ Louis H. Miron*
LOUIS H. MIRON