Louis H. Miron
*Attorney at Law*
123 North Union Avenue, Suite 103
Cranford, New Jersey 07016
(908) 233-9555
LM-9910

John R. Cahill (*pro hac vice*)
ARTXLAW PLLC
8 North Front Street
Kingston, New York 12401
(212) 719-4400

*Attorneys for Plaintiff August Uribe Fine Art, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AUGUST URIBE FINE ART, LLC,** | CIVIL NO. 2:22-cv-03104-KM-JBC |
| *Plaintiff,* | |
| - against - | |
| **DARTMILANO SRL, PIER GIULIO LANZA, RICCARDO MANFRIN, MARIA STELLINA MARESCALCHI, FRACASSI WORLDWIDE SHIPPING SRL, OBLYON GROUP, LLC, and ART LENDING, INC,** | |
| *Defendants,* | |
| - and - | |
| **A CERTAIN ARTWORK,** | |
| *Defendant-in-rem.* | |

## DECLARATION OF JOHN R. CAHILL IN SUPPORT OF MOTION
## FOR DEFAULT JUDGMENT AGAINST CERTAIN DEFENDANTS

1

**JOHN R. CAHILL** declares under the penalty of perjury pursuant to 28 U.S.C § 1746:

1.    I am an attorney to Plaintiff August Uribe Fine Art, LLC ("Plaintiff").

2.    I am admitted to practice law before the Courts of the State of New York and was admitted to practice before this Court in this matter pro hac vice on 2022-October-07.

3.    I make this declaration in support of Plaintiff's motion for an entry of default judgment against Defendants DARTMILANO SRL ("DART"), Pier Giulio Lanza ("Lanza"), Riccardo Manfrin ("Manfrin") (collectively, the "DART Defendants"). I have personal knowledge of the matters discussed in this declaration.

4.    Attached as **Exhibit A** is the August 19, 2021 Private Sale Agreement drafted and signed by the DART Defendants and also signed by August Uribe on behalf of Plaintiff.

5.    Attached as **Exhibit B** is the March 10, 2022 Payment and Standstill Agreement drafted and signed by the DART Defendants, by their counsel, Roberto Pacini, and also signed by August Uribe on behalf of Plaintiff.

6.    As stated in **Exhibit B** and acknowledged by the DART Defendants and their counsel, by March 10, 2022 the DART Defendants owed Plaintiff no less than $4,403,795.25.

7.    An additional $600,000 was paid into my former firm's escrow account by or on behalf of the DART Defendants pursuant to the agreement attached as **Exhibit B** but no other funds were paid by the DART Defendants to Plaintiff.

8.    The amount still owed by the DART Defendants pursuant to the plain terms of the signed contracts attached as **Exhibit A** and **Exhibit B** is no less than $3,803,795.25, not including costs, attorneys' fees payable pursuant to **Exhibit B (§ 8[e])**, and interest, and is essentially the difference between the $2,500,000 the DART Defendants actually paid Plaintiff and the $6,300,000 that the DART Defendants agreed to pay Plaintiff.

9.    Due to the failure of the DART Defendants to either pay the sum it owed Plaintiff or to return the painting to Plaintiff, Sotheby's, which sold the painting to Plaintiff is seeking damages from Plaintiff greater than $3,803,795.25, including interest and attorneys' fees.

10.    The painting, as outlined in the complaint and indicated on a Warehouse Receipt dated September 9, 2021 attached as **Exhibit C**, is at the SRI Fine Art Warehouse in Clifton, New Jersey. SRI Fine Art Warehouse, via its outside counsel, agreed to hold the painting pending a court order directing its release and, I presume, subject otherwise only to any unpaid storage fees.

Dated:       2023-October-13

*/s/JR Cahill*

_____

John R. Cahill

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered to receive notice. In addition, I have caused a true and correct copy of the foregoing to Roberto Pacino, Esq., who is authorized by the DART Defendants to accept notices for the DART Defendants by email at avvocatopacini@gmail.com as noted in the agreement he and the DART Defendants signed (**DE 8-4** at page 3).

*/s/ Louis H. Miron*
LOUIS H. MIRON