# ARTxLAW

2024-05-29

**VIA ECF**

The Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
  for the District of New Jersey
Martin Luther King U.S. Court House Building
50 Walnut Street
Newark, New Jersey 07102

Re:   *August Uribe Fine Art, LLC. v. Dartmilano SRL, et al.*/2:22-cv-03104-MCA-JBC

Dear Judge Arleo:

We are counsel for Plaintiff August Uribe Fine Art, LLC. We request an opportunity to briefly address the issues raised by non-party Art Lending, Inc. in its letter reply to Sotheby's supplemental submission. We intend, to the extent permitted by the Court, to file our response on 2024-May-30.

Respectfully,

*JR Cahill*

John R. Cahill
john@artxlaw.com


cc: Counsel of Record (via CM/ECF)