Edward W. Floyd
Joseph T. Johnson (*pro hac vice forthcoming*)
Zeiler Floyd Zadkovich (US) LLP
33 E. 33rd St., Suite 905
New York, NY 10016
917-999-6914
917-375-9511
ed.floyd@floydzad.com
joe.johnson@floydzad.com

*Attorneys for Proposed Intervenor Maria Iride Crippa*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AUGUST URIBE FINE ART, LLC,<br><br>*Plaintiff*,<br><br>- against –<br><br>DARTMILANO SRL, PIER GIULIO LANZA, RICCARDO MANFRIN, MARIA STELLINA MARESCALCHI, FRACASSI WORLDWIDE SHIPPING SRL, OBLYON GROUP, LLC, and ART LENDING, INC.,<br><br>*Defendants*,<br><br>- and –<br><br>A CERTAIN ARTWORK,<br><br>*Defendant-in-rem*. | Civil Case No. 22-cv-03104 (MCA) (JBC)<br><br>**Motion Day: July 15, 2024**<br><br>**NOTICE OF MOTION TO INTEERVENE** |

**PLEASE TAKE NOTICE** that, on July 15, 2024, or as soon thereafter as counsel may be heard, Proposed Intervenor Maria Iride Crippa ("Crippa"), by and through her undersigned counsel, shall move before Honorable Madeline Cox Arleo, U.S.D.J., Unites States District Court, District of New Jersey, at the Martin Luther King Courthouse, 50 Walnut Street, Room

4066, Newark, New Jersey 07102, for an Order pursuant to Federal Rule of Civil Procedure 24 granting Crippa leave to intervene as a Plaintiff in this action.

**PLEASE TAKE FURTHER NOTICE** that the undersigned relies on the supporting declaration of Edward W. Floyd, Crippa's Proposed Complaint in Intervention, and Crippa's Memorandum of Law in Support of thereof and submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff August Uribe Fine Art, LLC does not oppose Sotheby's request to intervene.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order and a certificate attesting to the date and manner of service are submitted herewith.

Dated:  New York, New York
        June 17, 2024

ZEILER FLOYD ZADKOVICH (US) LLP


By: /s/ Edward W. Floyd
       Edward W. Floyd

33 E. 33rd St., Suite 905
New York, New York 10016
917-999-6914

*Attorneys for Intervenor Plaintiff*
*Maria Iride Crippa*

2