

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

August 2, 2024

**VIA CM/ECF**

Honorable James B. Clark III, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *August Uribe Fine Art, LLC v. Dartmilano SRL, et al.*,
Case No. 22-cv-03104 (MCA)(JBC)

Dear Magistrate Judge Clark:

We represent Intervenor-Plaintiff Sotheby's, Inc. ("Sotheby's"), and write in response to Intervenor-Plaintiff Maria Iride Crippa's letter to the Court requesting that the settlement conference scheduled for August 9, 2024 at 10:00 a.m. be adjourned to 5:00 p.m. that day or, alternatively, to a date in September. (ECF No. 173.) Sotheby's is willing to proceed with the settlement conference at 5:00 p.m. on August 9 or, alternatively, at a date and time convenient for the Court in September.

Even assuming Defendant DARTMILANO SRL ("DART") does not retain counsel to attend the settlement conference or otherwise appear on its behalf in this action, a settlement conference among the parties that have appeared would not be "futile," as Ms. Crippa's counsel suggests. DART has not asserted a claim for the artwork at issue in this action. The Clerk of Court entered default against DART on October 17, 2023 with respect to Plaintiff August Uribe Fine Art, LLC's claims and, in light of Ms. Giorgia Vigna Taglianti's representation that DART will not likely retain counsel to appear on its behalf, it is almost certain that DART will be in default of Sotheby's and Ms. Crippa's intervenor claims against it as well.

Respectfully submitted,

/s/ *Mana Ameri*
Mana Ameri

CC: All counsel of record (via CM/ECF)

281581941