UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AUGUST URIBE FINE ART, LLC,<br><br>*Plaintiff*,<br><br>- against –<br><br>DARTMILANO SRL, PIER GIULIO LANZA, RICCARDO MANFRIN, MARIA STELLINA MARESCALCHI, FRACASSI WORLDWIDE SHIPPING SRL, OBLYON GROUP, LLC, and ART LENDING, INC.,<br><br>*Defendants*,<br><br>- and –<br><br>A CERTAIN ARTWORK,<br><br>*Defendant-in-rem*. | Civil Case No. 22-cv-03104 (MCA) (JBC)<br><br>Hon. Madeline Cox Arleo U.S.D.J. |

SOTHEBY'S, INC.,

                              *Intervenor-Plaintiff*,

- against –

DARTMILANO SRL, PIER GIULIO LANZA and RICCARDO MANFRIN,

                              *Defendants*,

- and –

ART LENDING, INC.,

                              *Third-Party Defendant*,

- and –

A CERTAIN ARTWORK,

                              *Defendant-in-rem*.

|  |  |
|---|---|
| MARIA IRIDE CRIPPA,<br><br>*Intervenor Plaintiff,*<br><br>- against –<br><br>DARTMILANO SRL, and ART LENDING, INC.<br><br>*Intervenor-Defendants.* | **NOTICE OF MOTION**<br>Hon. Madeline Cox Arleo U.S.D.J.<br><br>RETURN DATE: May 19, 2025<br><br>ORAL ARGUMENT<br>REQUESTED |

PLEASE TAKE NOTICE that Intervenor Plaintiff Maria Iride Crippa, by and through her undersigned counsel, Floyd Zadkovich (US) LLP, based upon the Declarations of Edward W. Floyd, Maria Iride Crippa, August Uribe, Roberto Pacini, Nicola Carlo Luciani, Alessandro Zodo, Deborah White, Lionel Ceresi, and Laurel DeVore, and the exhibits attached thereto, the memorandum of law, the Local Civil Rule 56.1 statement of material undisputed facts, and all prior proceedings heretofore had herein, hereby moves before the Hon. Madeline Cox Arleo, U.S.D.J., at Courtroom 4A of the U.S. Courthouse/Martin Luther King Building, 50 Walnut Street, Newark, New Jersey, on May 19, 2025 or as soon thereafter as counsel may be heard, for an order pursuant to FRCP 56, granting summary judgment, together with such other and further relief as the Court deems just and proper.

Dated: New York, New York
      March 11, 2025

FLOYD ZADKOVICH (US) LLP

By:   /s/ Edward W. Floyd
      Edward W. Floyd
      Joseph Johnson
33 East 33rd Street, Suite 905
New York, New York 10016
ed.floyd@floydzad.com
Phone: (917) 999-6914
joe.johnson@floydzad.com
Phone: (917) 375-9511
*Attorneys for Intervenor-Plaintiff*
*Maria Iride Crippa*