Milano, 21 ottobre 2024

Egregio Signor Nicola Luciani,

Le confermo di averLe venduto nell'anno 2009 l'opera di Pablo Picasso *Le Peintre*, cm 100 x cm 81, anno 1967, Catalogo Zervos vol. XXV Paris 1972, n. 280.

Le confermo la autenticità dell'opera.

Distinti saluti

Alessandro Zodo

CRIPPA_0000301