EXHIBIT 2 TO CRIPPA DECLARATION

BEING SEPARATELY FILED UNDER TEMPORARY SEAL