## DECLARATION OF NICOLA CARLO LUCIANI

I, Nicola Carlo Luciani, Italian citizen, born in San Severo (FG), Italy, on Novembre 4th 1956, residing in Milan (Italy), Via G. Pisoni 6, (fiscal code LCNNLC56S04I158N) hereby make this Declaration pursuant to 28 U.S.C. § 1746.

1.      I am the former husband of the Intervenor-Plaintiff Maria Iride Crippa in this action.

2.      I make this declaration based upon my personal knowledge and recollection of the events described herein.

3.      I have worked in the art market for several decades as an art dealer and collector, and operated my business at all relevant times from Milan, Italy, where I presently reside. I have since retired. I bought and sold many pieces of art over the years.

4.      In 2009, I purchased from Alessandro Zodo the painting by Pablo Picasso known as Le Peintre, oil on canvas, 100 cm x 81 cm, year 1967. It is listed in the Zervos Catalogue at Vol. XXV Paris 1972, No. 280.[1] At the time, Mr. Zodo was also an art dealer situated in Milan. Today he does not operate anymore.

5.      I can and hereby do confirm the authenticity of *Le Peintre*, which I formally owned and possessed from 2009 until my divorce from Ms. Crippa. On or about May 16, 2013, we entered into a separation agreement, which addressed to my former wife the assignment of family heritage, including, among other artworks, of the artwork *Le Peintre*.

_[signature]_

---

[1] The Zervos Catalogue is an extensive catalogue of Pablo Picasso's paintings and drawings, prepared by Cahiers d'Art founder Christian Zervos in direct collaboration with Picasso himself. It is an extremely influential work concerning Picasso.

1

6.    On or about July 8, 2015, that separation agreement was officially included in our divorce judgment in front of the Milan Tribunal, at which point Ms. Maria Crippa, who had the possession since 2013, became the owner of *Le Peintre* by reason of that divorce judgment.

7.    At no time while I owned *Le Peintre* did anyone ever claim an ownership interest in it or otherwise contest my ownership or the authenticity of that work.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 13th day of December, 2024 in Milan, Italy.

Nicola Carlo Luciani

2