### DECLARATION OF ALESSANDRO ZODO

I, Alessandro Zodo, Italian citizen, born in Arzergrande (Padova province), on January, 1st, 1945, residing in Via Antonio Cesari, n° 19 Milan, Italy, (fiscal code ZDDLSN45A26A458I) hereby make this Declaration pursuant to 28 U.S.C. § 1746.

1. I make this declaration based upon my personal knowledge and recollection of the events described herein.

2. I have worked in the art market for several decades as an art dealer primarily in Milan, Italy, where I operated the Zodo Contemporary Art Gallery. I have purchased and sold many pieces of art over the years.

3. In 2008, I purchased the painting by Pablo Picasso known as Le Peintre, oil on canvas, 100 cm x 81 cm, year 1967, from a Tokyo Art dealer. It is listed in the Zervos Catalogue at Vol. XXV Paris 1972, No. 280.[1] In 2009, I sold it to Nicola Carlo Luciani. The artwork has always been located in Switzerland since my purchase.

4. I can and hereby do confirm the authenticity of *Le Peintre* during the time that I owned it

5. At no time while I owned *Le Peintre* did anyone ever claim an ownership interest in it or otherwise contest my ownership or the authenticity of that work.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 16th day of December, 2024 in Milan, Italy.

_____
Alessandro Zodo

---

[1] The Zervos Catalogue is an extensive catalogue of Pablo Picasso's paintings and drawings, prepared by Cahiers d'Art founder Christian Zervos in direct collaboration with Picasso himself. It is an extremely influential work concerning Picasso.

1