UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AUGUST URIBE FINE ART, LLC,

*Plaintiff,*

- against –

DARTMILANO SRL, PIER GIULIO LANZA,
RICCARDO MANFRIN, MARIA STELLINA
MARESCALCHI, FRACASSI WORLDWIDE
SHIPPING SRL, OBLYON GROUP, LLC, and
ART LENDING, INC.,

*Defendants,*

- and –

A CERTAIN ARTWORK,

*Defendant-in-rem.*

Civil Case No. 22-cv-03104
(MCA) (AME)

SOTHEBY'S, INC.,

*Intervenor-Plaintiff,*

- against –

DARTMILANO SRL, PIER GIULIO LANZA and
RICCARDO MANFRIN,

*Defendants,*

- and –

ART LENDING, INC.,

*Third-Party Defendant,*

- and –

A CERTAIN ARTWORK,

*Defendant-in-rem.*

MARIA IRIDE CRIPPA,

*Intervenor Plaintiff,*

- against –

DARTMILANO SRL, and ART LENDING, INC.
*Intervenor-Defendants.*

## FINAL JUDGMENT IN A CIVIL ACTION

The court has ordered that judgment is granted in favor of Intervenor-Plaintiff Maria Iride Crippa with full title to and as the sole owner of the painting "Le Peintre (1967)" by Pablo Picasso (the "Artwork"), that Intervenor-Plaintiff Sotheby's Inc. holds no lien or interest in the Artwork and Third-Party Defendant Art Lending, Inc. holds no right, lien or security interest in the Artwork and the UCC-1 Financing Statement ("UCC-1") filed by Art Lending on September 3, 2021 (Doc/file. # 2021118972) in the District of Columbia against Defendants Dartmilano SRL, Pier Giulio Lanza and Riccardo Manfrin as debtors relating to the Artwork and other paintings and fine works of art not subject to this case is hereby terminated solely as to the Artwork, and not as against any other paintings or fine works of art covered by the UCC-1, and that Intervenor-Plaintiff Maria Iride Crippa shall have replevin of the Artwork and restoration thereof to her possession upon release by law enforcement authorities.

This action was decided by U.S. District Court Judge Madeline Cox Arleo on motions for summary judgment filed by Intervenor-Plaintiff Maria Crippa, Intervenor-Plaintiff Sotheby's, Inc. and Third-Party Defendant Art Lending, Inc.

Date: ___2-14___, 2026

_____
Hon. Judge Madeline Cox Arleo
United States District Judge